Civil Action No. **8:23-cv-00707 DOC (ADSx)**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* **Equifax Information Services, LLC**
**was received by me on April 26, 2023**

☐ I personally served the (( SEE DOCUMENTS ON ATTACHED LIST )) on the individual at 2710 Gateway Oaks Drive #150N , Sacramento, CA 95833 on 2:46 PM

☐ I left the above listed documents at the individual's residence or usual place of abode with    ,a person of suitable age and discretion who resides there, on *(date)* and mailed a copy to the individual's last known address; or

☑ I served the above listed documents to **Nicole Stauss** , who is designated by law to accept service of process on behalf of **Equifax Information Services, LLC** on **April 27, 2023 2:46 PM**
FRCP rule 4(h)(1)(A) and CCP 416.10(b)

☐ I returned the above listed documents unexecuted because;

☐ other *(specify):*

**My fees are $ .00 for travel and $ 131.21 for services, for a total of $ 131.21**

**I declare under penalty of perjury that this information is true.**

**Date: 4/27/2023**

_____
*Server's signature*

**Krystalyn Souza**
*Printed name and title*

,
,
_____
*Server's Address*

A0440-PS313829

# USA Express Legal & Investigative Services, Inc.
## 21031 Ventura Blvd., Suite 920
## Woodland Hills, CA 91364
## Phone: (877) 872-3977   Fax: (800) 861-5311

### Continued from Proof of Service

**CLIENT:** Los Angeles Legal Solutions

**CLIENT FILE #:**  **DATE:** April 28, 2023

**SUBJECT:** Equifax Information Services, LLC

```
1)   Summons in a Civil Action;
2)   Complaint;
3)   Civil Case Cover Sheet;
4)   Notice of Assignment to United States Judges;
5)   Notice to Parties of Court-Directed ADR Program;
6)   Notice to Counsel Re Consent to Proceed Before a United States Megistrate Judge;
7)   Certification and Notice of Interested Parties
```



Order#: PS313829   /DocAtt2010