AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Citibank N.A.__
was received by me on *(date)* __5-3-2023__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Heather Johnson__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Citibank N.A.__
on *(date)* __5-4-2023__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __5-8-2023__

_Curtis M Blasy_
Server's signature

_Curtis M Blasy_
Printed name and title

__145 W Swallow Rd, Ft Collins CO 80525__
Server's address

Additional information regarding attempted service, etc: