F. Jay Rahimi, Esq. (SBN: 305286)
E-mail: Jay@LALSLaw.com
LOS ANGELES LEGAL SOLUTIONS, APLC
17200 Ventura Blvd., Suite 115
Encino, CA 91316
Telephone:   (818) 510.0555
Facsimile:    (818) 510.0590

*Attorneys for Plaintiff,*
Regina Kianpour

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REGINA KIANPOUR,** | CASE NO. 8:23-cv-00707-DOC |
| Plaintiff, | **NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |
| vs. | |
| **CITIBANK, N.A., et al.,** | |
| Defendants. | |

**TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that Plaintiff **REGINA KIANPOUR** and Defendant **EQUIFAX INFORMATION SERVICES, LLC**. (the "settling Parties") have agreed to settle the above referenced matter with respect to the causes

of action against this Defendant only.  The settling Parties anticipate that they will finalize the settlements and file joint requests to dismiss this action with prejudice as to **EQUIFAX INFORMATION SERVICES, LLC** only, pursuant to Federal Rule of Civil Procedure 41(a)(1), no later than forty-five (45) days from the date of this Notice of Settlement.

                                      **LOS ANGELES LEGAL SOLUTIONS**

Dated: July 7, 2023                      By: s/F. Jay Rahimi
                                              F. Jay Rahimi, Esq.
                                              *Attorney for Plaintiff,*
                                              Regina Kianpour

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement* has been submitted on July 7, 2023 to all defense counsel of record via e-mail.

                                              /s/ F. JAY RAHIMI
                                              F. JAY RAHIMI

Los Ang Legal Solutions
818.510.0555