1  F. Jay Rahimi, Esq. (SBN: 305286)
2  E-mail: Jay@LALSLaw.com
   LosAngelesLegalSolutions, APLC
3  17200 Ventura Blvd., Suite 115
4  Encino, CA 91316
   Telephone:   (818) 510.0555
5  Facsimile:    (818) 510.0590

7  *Attorneys for Plaintiff,*
   Regina Kianpour

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REGINA KIANPOUR,** | ) CASE NO. 8:23-cv-00707-DOC |
| Plaintiff, | ) **NOTICE OF SETTLEMENT WITH DEFENDANT TRANS UNION, LLC** |
| vs. | ) |
| **CITIBANK, N.A., et al.,** | ) |
| Defendants. | ) |

**TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

　　**PLEASE TAKE NOTICE** that Plaintiff **REGINA KIANPOUR** and Defendant **TRANS UNION, LLC**. (the "settling Parties") have agreed to settle the above referenced matter with respect to the causes

of action against this Defendant only. The settling Parties anticipate that they will finalize the settlements and file joint requests to dismiss this action with prejudice as to **TRANS UNION, LLC** only, pursuant to Federal Rule of Civil Procedure 41(a)(1), no later than forty-five (45) days from the date of this Notice of Settlement.

**LOS ANGELES LEGAL SOLUTIONS**

Dated: July 25, 2023                              By: _s/F. Jay Rahimi_____
                                                  F. Jay Rahimi, Esq.
                                                  *Attorney for Plaintiff,*
                                                  Regina Kianpour

## **CERTIFICATE OF SERVICE**

A copy of the foregoing *Notice of Settlement* has been submitted on July 25, 2023 to all defense counsel of record via e-mail.

                                          ___/s/ F. JAY RAHIMI___
                                               F. JAY RAHIMI