F. Jay Rahimi, Esq. (SBN: 305286)
E-mail: Jay@LALSLaw.com
LOS ANGELES LEGAL SOLUTIONS, APLC
17200 Ventura Blvd., Suite 115
Encino, CA 91316
Telephone:   (818) 510.0555
Facsimile:    (818) 510.0590

*Attorneys for Plaintiff,*
Regina Kianpour

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REGINA KIANPOUR,** | CASE NO. 8:23-cv-00707-DOC |
| Plaintiff, | **NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| vs. | |
| **CITIBANK, N.A., et al.,** | |
| Defendants. | |

**TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that Plaintiff **REGINA KIANPOUR** and Defendant **EXPERIAN INFORMATION SOLUTIONS, INC.** (the "settling Parties") have agreed to settle the above referenced matter with respect to the causes

of action against this Defendant only. The settling Parties anticipate that they will finalize the settlements and file joint requests to dismiss this action with prejudice as to **EXPERIAN INFORMATION SOLUTIONS, INC.** only, pursuant to Federal Rule of Civil Procedure 41(a)(1), no later than forty-five (45) days from the date of this Notice of Settlement.

                                        **LOS ANGELES LEGAL SOLUTIONS**

Dated: July 28, 2023                        By: _s/F. Jay Rahimi_____
                                                           F. Jay Rahimi, Esq.
                                                           *Attorney for Plaintiff,*
                                                           Regina Kianpour

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement* has been submitted on July 28, 2023 to all defense counsel of record via e-mail.

                                                        ___/s/ F. JAY RAHIMI___
                                                             F. JAY RAHIMI